<u>CIVIL CAUSE FOR</u>
<u>JURY SELECTION</u>

**BEFORE: WEXLER, J.**          **DATE:** <u>FEBRUARY 14, 2005</u>   **TIME: 9:30 A.M.**

<u>DOCKET #:</u> <u>CV 03-3843</u>          <u>total time: 2 hrs</u>

<u>TITLE:</u>     <u>BRADY</u>     V.     <u>WAL-MART</u>

**APPEARANCES:**

<u>PLTFF</u>          <u>DOUGLAS WIGDOR, ESQ</u>

<u>DEFT</u>          <u>MICHAEL KESSEL, ESQ</u>

Case called.

Counsel present.

Jury selection ordered and begun.

Jury selection held.

Jury selected.

Parties consented to trial by USMJ James Orenstein.

Case is reassigned to USMJ James Orenstein for all purposes.

Trial to commence on February 16, 2005 @ 9:30 a.m.