| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN<br>UNITED STATES MAGISTRATE JUDGE | DATE: | 2/16/05 |
| | | TIME: | 9:30 a.m. |

DOCKET NO.: CV 03-3843           ASSIGNED JUDGE: JO

CASE NAME: Brady v. Wal-Mart, Inc., et al.

**CIVIL JURY TRIAL**

| APPEARANCES: | Plaintiff | Douglas Wigdor |
| | | Michelle Le Roux |
| | Defendant | Joel L. Finger |
| | | Michael Kessel |
| | Court Reporter | Harry Rapaport/Owen Wicker |
| | Courtroom Deputy | Michele Dasaro |

SCHEDULING:

1.   Trial to continue on February 17, 2005 at 9:30 a.m.

THE FOLLOWING RULINGS WERE MADE:

Jury sworn.
Opening statements heard.
Plaintiff withdraws sixth claim for negligent hiring, retention, and supervision.
Witnesses sworn and testifies.

                                                                SO ORDERED

                                                                /s/ James Orenstein
                                                                JAMES ORENSTEIN
                                                                U.S. Magistrate Judge