| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN<br>UNITED STATES MAGISTRATE JUDGE | DATE: | 2/17/05 |
| | | TIME: | 9:30 a.m. |

DOCKET NO.: CV 03-3843    ASSIGNED JUDGE: JO

CASE NAME: Brady v. Wal-Mart, Inc., et al.

**CIVIL JURY TRIAL**

| APPEARANCES: | Plaintiff | Douglas Wigdor |
| | | Michelle Le Roux |
| | Defendant | Joel L. Finger |
| | | Michael Kessel |
| | Court Reporter | Harry Rapaport/Owen Wicker |
| | Courtroom Deputy | Michele Dasaro |

SCHEDULING:

1. Trial to continue on February 18, 2005 at 9:30 a.m.

THE FOLLOWING RULINGS WERE MADE:

Witnesses sworn and testifies.
Plaintiff rest.

SO ORDERED

/s/ James Orenstein
JAMES ORENSTEIN
U.S. Magistrate Judge