| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN<br>UNITED STATES MAGISTRATE JUDGE | DATE: | 2/23/05 |
| | | TIME: | 9:30 a.m. |

DOCKET NO.:   CV 03-3843             ASSIGNED JUDGE:   JO

CASE NAME:    Brady v. Wal-Mart, Inc., et al.

**CIVIL JURY TRIAL**

| | | |
|---|---|---|
| APPEARANCES: | Plaintiff | Douglas Wigdor |
| | | Michelle Le Roux |
| | Defendant | Joel L. Finger |
| | | Michael Kessel |
| | Court Reporter | Harry Rapaport/Owen Wicker |
| | Courtroom Deputy | Michele Dasaro |

THE FOLLOWING RULINGS WERE MADE:

    Jury begins deliberations.
    Verdict rendered for plaintiff.(See verdict sheet.)
    Jurors dismissed with the thanks of the court.
    Defendants to file rule 50 motion.

    SO ORDERED

    /s/ James Orenstein
    JAMES ORENSTEIN
    U.S. Magistrate Judge