# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **NEW YORK**

Brady

v.

Wal-Mart Stores, Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: CV 03-3843 (JO)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge James Orenstein | Douglas H. Wigdor / Michelle Le Roux | Joel Finger / Michael Kessel |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/16/05 - | Harry Rapaport / Owen Wicker | Michele Oasaro |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 2/16/05 | | | (Witness) Frank Albergo |
| ✓ | | 2/16/05 | | | (Witness) Sally Salvo |
| ✓ | | 2/16/05 | | | (Witness) Patrick Sean Brady |
| 5 | | 2/16/05 | ✓ | ✓ | Triple C Award dtd 5/00 |
| 9 | | 2/16/05 | ✓ | ✓ | 1 page Job Application |
| 12 | | 2/16/05 | ✓ | ✓ | Egan's Interview Notes 7/31/02 |
| 13 | | 2/16/05 | ✓ | ✓ | Salesfloor Associate Job Description |
| 11 | | 2/16/05 | ✓ | ✓ | Associate Scheduling Availability |
| 14 | | 2/16/05 | ✓ | ✓ | Little's Interview Notes |
| 16 | | 2/16/05 | ✓ | ✓ | People Pass Drug test form dtd 8/4/02 |
| 17 | | 2/16/05 | ✓ | ✓ | Alcohol & Drug Abuse Policy Acknowledgment dtd 8/8/02 |
| 22 | | 2/16/05 | ✓ | ✓ | Brady's CBL Scores |
| 18 | | 2/16/05 | ✓ | ✓ | New Associate Orientation Checklist |
| 20 | | 2/16/05 | ✓ | ✓ | New Associate Risk Control Checklist |
| 42 | | 2/16/05 | ✓ | ✓ | Brady's Suffolk County Community College Transcript |
| | B | 2/16/05 | ✓ | ✓ | Our people make the difference application signed by Brady 7/16/02 of employment |
| | D | 2/16/05 | ✓ | ✓ | Signed Acknowledgment Notification pg for the Wal-Mart Associate Handbook |
| 24 | | 2/17/05 | ✓ | ✓ | Hours Worked Report 8/10/02 - 8/23/02 |
| 25 | | 2/17/05 | ✓ | ✓ | Hours Worked Report 8/24/02 - 9/6/02 |
| 15 | | 2/17/05 | ✓ | ✓ | Drug test Results |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

PAGE 1

# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **NEW YORK**

Brady
v.
Wal-Mart Stores, Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: CV03-3843 (JO)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge James Orenstein | Douglas H. Wigder / Michelle De Rosa | Joel Finger / Michael Kessel |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 2/16/05 - | Owen Wicker / Harry Rapaport | Michele Dason |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 32 | | 2/17/05 | ✓ | ✓ | Associate Pay Guidelines |
| ✓ | | 2/17/05 | | | (Witness) Patrick J. Brady (Father) |
| ✓ | | 2/17/05 | | | (Witness) Karen Brady |
| ✓ | | 2/17/05 | | | (Witness) Joan Little |
| 46 | | 2/17/05 | ✓ | ✓ | Little's CBL Scores |
| 33 | | 2/17/05 | ✓ | ✓ | Coaching for Improvement Policy |
| 53 | | 2/17/05 | ✓ | ✓ | Wal-Mart's five answers to common job description Matrix questions |
| 11 | | 2/17/05 | ✓ | ✓ | Notice of Non-Discrimination |
| 19 | | 2/17/05 | | | Brady Hourly Associate information sheet dtd 8/8/00 |
| ✓ | | 2/17/05 | | | Dr. Gujavarty (expert) |
| 10 | | 2/17/05 | ✓ | ✓ | Procedure for Requesting Reasonable Accommodation |
| 23 | | 2/17/05 | ✓ | ✓ | Reference Check |
| 43 | | 2/17/05 | ✓ | ✓ | Bowen's CBL Scores |
| 44 | | 2/17/05 | ✓ | ✓ | Egan's CBL Scores |
| 45 | | 2/17/05 | ✓ | ✓ | Bates' CBL Scores |
| 47 | | 2/17/05 | ✓ | ✓ | Wicks' CBL Scores |
| 48 | | 2/17/05 | ✓ | ✓ | Chin's CBL Scores |
| *6 | | 2/17/05 | ✓ | ✓ | Personnel Manager Training Series Video (redacted) |
| 36 | | 2/17/05 | ✓ | ✓ | California Consent Decree |
| | ✓ | 2/18/05 | | | Yem Hung Chin (witness) |
| | ✓ | | | | (Witness) James Bowen |
| | NN | 2/18/05 | ✓ | ✓ | Supervisor |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

*Video tape will not go into Jury Room

PAGE 2

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

Brady

v.

Wal-Mart Stores, Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: CV03-3843 (JO)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge James Orenstein | Douglas H. Wigdor / Michelle LeRoux | Joel Finger  Michael Kessel |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/16/05 - | Owen Wicker / Harry Rapaport | Michele Dasaro |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ |  |  |  | Edward Wicks (Witness) |
|  | ✓ |  |  |  | (Witness) Doreen Bates |
|  | MM |  | ✓ | ✓ | Re- Wal-Mart Notification re: Procedures of requesting a reasonable accommodation (Redacted) |
|  | ✓ |  |  |  | Kelly Collins |
|  | ✓ |  |  | ✓ | Dr. Philip Muskin |
| 57 |  |  |  | ✓ | Stipulation net sales in 2004 totaled $256 Billion |
| 58 |  |  |  | ✓ | Stipulation dtd 2/22/05 |
| 36 |  |  |  | ✓ | CV#599-0414 GEB OAD Consent Decree |
| 52 |  |  | ✓ | ✓ | Brady, Sr. letter to Sam Walton |
| 56 |  |  |  |  | Collins CBS |
|  | DD |  |  |  | Calendar - August 2002 |
|  | C |  |  |  | Patrick Brady Depo 4/6/04 ex 2: Wal-Mart Associate Handbook |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

PAGE __3__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PATRICK S. BRADY,

        Plaintiff,

- against -

WAL-MART STORES, INC.,
YEM HUNG CHIN, and JAMES BOWEN,

        Defendants.
----------------------------------------------------------X

**VERDICT SHEET**

CV 03-3843 (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

According to the principles of law as charged by the Court and the facts as you find them, please answer the following questions:

### SECTION 1: Disability Discrimination (All Defendants)

QUESTION 1-A (Federal Law Claim Against Wal-Mart):

Did the Plaintiff prove that he is disabled within the meaning of the federal anti-discrimination law and that his employer Wal-Mart subjected him to an adverse employment action on the basis of his actual or perceived disability?

YES __✓__          NO _____

QUESTION 1-B (State Law Claim Against Wal-Mart):

Did the Plaintiff prove that his employer Wal-Mart subjected him to an adverse employment action on the basis of his disability?

YES __✓__          NO _____

**INSTRUCTION: ONLY ANSWER QUESTIONS 1-C THROUGH 1-E IF YOU ANSWERED "YES" TO QUESTION 1-A OR QUESTION 1-B ABOVE, OR BOTH.**

COURT EXHIBIT 6

QUESTION 1-C:

Please indicate which adverse employment action(s) you find that the Plaintiff proved.

| ACTION | | PROVED | NOT PROVED |
|---|---|---|---|
| a. | Transfer to cart-pushing | ✓ | |
| b. | Transfer to food department | | ✓ |
| c. | Hostile work environment | ✓ | |
| d. | Constructive discharge | | ✓ |

QUESTION 1-D (Yem Chin):

Did the Plaintiff prove that defendant Yem Hung Chin participated in the conduct giving rise to the proven claim of discrimination by Wal-Mart?

YES ✓     NO ____

QUESTION 1-E (James Bowen):

Did the Plaintiff prove that defendant James Bowen participated in the conduct giving rise to the proven claim of discrimination by Wal-Mart

YES ____     NO ✓

**SECTION 2: Failure to Provide Reasonable Accommodation (Wal-Mart only)**

QUESTION 2:

Did the Plaintiff prove that Wal-Mart knew or should have known that it had a duty to offer the Plaintiff a reasonable accommodation for his actual or perceived disability?

YES ✓     NO ____

2

## SECTION 3: Violation Of Federal Law In The Job Application Process (Wal-Mart only)

QUESTION 3-A:

Did the Plaintiff prove that Wal-Mart made a prohibited inquiry during the course of the Plaintiff's job application?

YES __X__          NO _____

QUESTION 3-B:

Please indicate which prohibited inquiry (or inquiries) you find that the Plaintiff proved was made before he received a conditional job offer.

| | INQUIRY | PROVED | NOT PROVED |
|---|---|---|---|
| a. | Prescription medications | | ✓ |
| b. | Job description inquiry | X | |

## SECTION 4: Intentional Infliction of Emotional Distress (All Defendants)

QUESTION 4-A (Wal-Mart):

Did the Plaintiff prove that Defendant Wal-Mart intentionally or recklessly engaged in extreme and outrageous conduct that caused him to suffer extreme emotional distress?

YES _____          NO __✓__

QUESTION 4-B (Yem Hung Chin):

Did the Plaintiff prove that Defendant Yem Hung Chin intentionally or recklessly engaged in extreme and outrageous conduct that caused him to suffer extreme emotional distress?

YES _____          NO __✓__

3

QUESTION 4-C (James Bowen):

Did the Plaintiff prove that Defendant James Bowen intentionally or recklessly engaged in extreme and outrageous conduct that caused him to suffer extreme emotional distress?

YES _____                    NO __✓__

**SECTION 5: Damages**

QUESTION 5-A. **INSTRUCTION: Answer Question 5-A only if your answer is "YES" to one or more of the following questions: Question 1-A, Question 1-B, Question 2.**

Please indicate the amount of <u>economic damages</u>, if any, to which the Plaintiff is entitled:

$ __5,265.00 + $3849.30 = $9,114.00__

QUESTION 5-B. **INSTRUCTION: Answer Question 5-B only if your answer is "YES" to one or more of the following questions: Question 1-A, Question 1-B, Question 2, Question 4-A.**

Please indicate the amount of <u>compensatory damages</u>, if any, to which the Plaintiff is entitled:

$ __2.5 million__

QUESTION 5-C.

Is the Plaintiff entitled to one dollar in <u>nominal damages</u> on any claim?

YES __✓__                    NO _____

If the answer is "YES," which claim or claims?

| CLAIM | YES | NO |
|-------|-----|-----|
| 1-A   |     | ✓   |
| 1-B   |     | ✓   |
| 2     | ✓   |     |
| 3     | ✓   |     |

4

QUESTION 5-D. **INSTRUCTION: Answer Question 5-D only if your answer is "YES" to Question 1-A.**

Please indicate the amount of <u>punitive damages</u>, if any, to which the Plaintiff is entitled based on the claim of disability discrimination under the federal anti-discrimination law:

$ 4.5 million

QUESTION 5-E. **INSTRUCTION: Answer Question 5-E only if your answer is "YES" to Question 2.**

Please indicate the amount of <u>punitive damages</u>, if any, to which the Plaintiff is entitled based on the claim of failure to provide a reasonable accommodation for an actual or perceived disability under the federal anti-discrimination law:

$ 250,000

QUESTION 5-F.

Please indicate the amount of <u>punitive damages</u>, if any, to which the Plaintiff is entitled based on the claim of violations of the federal anti-discrimination law in the job application process:

| CLAIM | AMOUNT |
|---|---|
| Prescription Medications Inquiry (answer only if proven) | $ 0 |
| Job Description Inquiry (proven, please answer) | $ 250,000  |
| TOTAL | $ 250,000 |

QUESTION 5-G. **INSTRUCTION: Answer Question 5-G only if your answer is "YES" to one or more of the following questions: Question 4-A, Question 4-B, Question 4-C.**

Please indicate the amount of <u>punitive damages</u>, if any, to which the Plaintiff is entitled based on the claim of intentional infliction of emotional duress:

$ 0

5

QUESTION 5-H. **INSTRUCTION: Answer Question 5-H only if you answered more than one of Questions 5-A through 5-G.**

Please indicate the total amount of punitive damages, if any, to which the Plaintiff is entitled based on all the eligible claims you find he has proven:

$ 5 million

**FINAL INSTRUCTIONS: Once you have completed this form, the jury's foreperson should sign and date it. Then advise the Court by note that you have reached a verdict and that you are ready to return to the courtroom to announce your verdict.**

Dated:    Central Islip, New York
          2/23 , 2005
          (date)

_Victoria Perelmuter_
FOREPERSON

6

We have a verdict

Victoria Perelmuter

COURT EXHIBIT 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PATRICK S. BRADY,

                Plaintiff,

      - against -

                                       CV 03-3843 (JO)

WAL-MART STORES, INC.,
YEM HUNG CHIN, and JAMES BOWEN,
                Defendants.
----------------------------------------------------------X

**JAMES ORENSTEIN, Magistrate Judge:**

      Ladies and gentlemen of the jury, I have received your note asking whether, "on section D, 'the intentional infliction of emotional distress claim,'" you "must ... be unanimous on all four elements." The answer to your question is yes. You must be unanimous as to each element of each claim, and you must be unanimous in each entry you make on the verdict sheet.

Dated:       Central Islip, New York
              February 23, 2005

                                                   /s/
                                       JAMES ORENSTEIN
                                       United States Magistrate Judge

COURT EXHIBIT 4

On Section D "The intentional infliction of Emotional Distress Claim" must we ~~also~~ be unanimous on all four elements"?

Victoria Perelmuter

Page 16 bottom
    First
    Second
Top 17
    Third
    Fourth

COURT EXHIBIT
3

We would like to have a
read back of Mrs. Chin's testimony.

Victoria Perelmuter

COURT EXHIBIT
2

Juror #3 needs to make a phone call to cancel a Doctor's appt.

Foreperson
Victoria Perlmuter

**COURT EXHIBIT**
1